UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Marla T. Woodford, | Case No. 14-52306 |
| Debtor. | Hon. Phillip J. Shefferly |
| _____/ | |
| Initial Investments, Inc., | Adversary Proceeding No. 14-5096-PJS |
| Plaintiff, | |
| v. | |
| Marla T. Woodford, | |
| Defendant. | |
| _____/ | |

### ORDER (1) DISMISSING COMPLAINT; AND (2) AWARDING SANCTION

On December 12, 2016, the Court issued an Opinion After Trial Dismissing Complaint to Determine Nondischargeable Debt ("Opinion") (ECF No. 121). For the reasons set forth in the Opinion, all of which are incorporated, herein,

**IT IS HEREBY ORDERED** that the complaint in this adversary proceeding is dismissed.

**IT IS FURTHER ORDERED** that the Debtor must pay Initial Investments, Inc. $2,219.00 as a sanction for the Debtor's improper, bad faith conduct regarding the Settlement Agreement (as that term is defined in the Opinion). This order is a money judgment in the amount specified, which shall hereafter accrue interest at the applicable judgment rate in effect in the State of

Michigan, and which may be enforced by means of all proceedings supplementary to judgment available under Fed. R. Bankr. P. 7069.

.

**Signed on December 12, 2016**

                                                  **/s/ Phillip J. Shefferly**
                                                  **Phillip J. Shefferly**
                                                  **United States Bankruptcy Judge**